UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/24/2022
```

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

v.

UMG COMMERICAL SERVICES, INC.,

                    Defendant.

21-CV-10788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 22, 2021, the Court ordered that the parties submit a joint letter within forty-five days of service of the summons and complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. The summons and complaint were served on January 6, 2022, meaning that the parties' joint letter was due on February 22, 2022. The parties shall submit that joint letter by no later than February 28, 2022.

SO ORDERED.

Dated:    February 24, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge