

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

March 3, 2022

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Weekes v. UMG Commercial Services, Inc.*; 1:21-cv-10788-RA

Dear Judge Abrams:

  We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 10, 2022, at 11:45 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

  Thank you for your consideration in this matter.

            Respectfully submitted,

            */s/ Edward Y. Kroub*
            EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

    The initial conference scheduled for March 10, 2022 is rescheduled to March 9, 2022 at 3:00 p.m. If the parties are unable to attend this rescheduled time, they should reach out to the Court as soon as possible.

    SO ORDERED.

    _____
    Hon. Ronnie Abrams
    March 4, 2022