```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

UMG COMMERICAL SERVICES, INC.,

                Defendant.

21-CV-10788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      An initial conference was held in this case on March 9, 2022. At that conference, the Court directed the parties to submit a joint letter one month after the conference indicating whether they were interested in a referral to mediation. If the parties are requesting such a referral at this time, either to the Court's mediation program or to Magistrate Judge Netburn for a settlement conference, they shall submit a letter to that effect by April 22, 2022.

SO ORDERED.

Dated:    April 18, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge