USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

UMG COMMERICAL SERVICES, INC.,

    Defendant.

21-CV-10788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A status conference was held in this case on July 8, 2022. At that conference, the parties were instructed to file any dispositive motions within one month if they had not settled this action by that point. To date, the Court has not received such motions, a notice of settlement, or any other update. By August 23, 2022, the parties shall provide the Court with mutually available dates for trial.

SO ORDERED.

Dated:    August 16, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge